### (January 11, 1946.)

HOWARD D. HEWITT, as Successor Trustee of Certain Mortgage Bonds of the Kingston Consolidated Railroad Company, et al., Plaintiffs, v. FRED T. LEY, Defendant. FRED T. LEY, as Successor Trustee under a Certain Indenture of Trust Entered into between Kingston Consolidated Railroad Company and Manhattan Trust Company and a Certain Supplemental Indenture between Kingston Consolidated Railroad Company, Bankers Trust Company, with which the Manhattan Trust Company Had Been Merged, and FRED T. LEY, Plaintiff, v. KINGSTON CONSOLIDATED RAILROAD COMPANY et al., Defendants.— The stay contained in the order granted at the Ulster County Special Term, dated December 20, 1945, by Mr. Justice SCHIRICK, enjoining Fred T. Ley from proceeding in his action pending in the county of New York is dissolved. Application in all other respects denied. All concur.

In the Matter of ARTHUR J. SHAW et al., Doing Business under the Name of DIX FUR COMPANY, Respondents, against ADAM M. KLOPOT, Appellant.— Appeal from an order of the Fulton County Court affirming an order of the City Court of the City of Gloversville awarding possession of premises to the landlord respondent. Final order affirmed, with costs. Hill, P. J., Foster and Lawrence, JJ., concur; Heffernan and Brewster, JJ., dissent and vote to reverse and to dismiss the proceeding.

In the Matter of the Claim of ROSA MOSCOVITZ, Respondent, against BETTY BARCLAY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from an award of compensation, twenty-one weeks total disability and seventeen and one-fifth weeks partial disability. The error assigned by appellants is the failure to give notice of injury as provided by section 18 of the Workmen's Compensation Law. Claimant, an employee in a restaurant, was struck on the left shoulder by a swinging door. The failure to give notice was excused by the board upon the ground that claimant did not realize the serious nature of the injuries at the time of the accident. As soon as she learned, she gave notice. The evidence sustains the determination of the board. Award affirmed, with costs to the Workmen's Compensation Board. All concur.

PIONEER BUILDING-LOAN AND SAVINGS ASSOCIATION OF TROY, Respondent, v. WILLIAM FRISCO et al., Respondents, and HELEN PLACITO, Appellant.— Appeal by defendant, Helen Placito, from an order of the Rensselaer Special Term of the Supreme Court granting an application by defendant Dominick J. Frisco to set aside a judgment of foreclosure and sale and for a resale of the premises. Order affirmed in all respects, without costs. All concur.